**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CORI GODIN | No. 2:25-cr-00073-JAW |

# PROSECUTION VERSION

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt based on admissible evidence, including bank records, business records, government records and witness testimony:

Between about May 23, 2020, and August 14, 2021, Cori Godin fraudulently applied for and received unemployment insurance (UI) benefits, including federal benefits created in response to the COVID-19 pandemic, while she held a full time job.

UI is a joint state and federal program that provides monetary benefits to eligible beneficiaries. UI payments are intended to provide temporary financial assistance to lawful workers who are unemployed through no fault of their own. Beginning in about March 2020, in response to the COVID-19 pandemic, several federal programs expanded UI eligibility and increased UI benefits, including the Federal Pandemic Unemployment Compensation (FPUC) and the Lost Wages Assistance Program (LWAP). These expanded benefits were federally funded.

In Maine, the Maine Department of Labor Bureau of Unemployment Compensation ("MDOL"), administered the UI program.

On about May 20, 2020, Cori Godin electronically filed with MDOL an initial claim for UI benefits. On the initial claim, Godin stated that she had been separated from her employment due to "Disaster."

To receive UI payments, Godin had to provide weekly certifications to MDOL that she was unemployed. Between about May 24, 2020, and September 24, 2021, Godin electronically filed weekly certifications with MDOL. Each certification required Godin to answer the following question: "Did you work or perform any services during the week?" Godin answered "No" on every certification. She also stated on each certification that she had earned zero wages the preceding week. All certifications were made under penalty of perjury.

By virtue of the claim and weekly certifications, MDOL issued Godin a total of about $37,105 in payments. This amount consisted of about $22,405 in regular UI and about $14,700 in federally funded COVID-19 benefits.

Cori Godin was not entitled to the benefits discussed above, including the federally funded COVID-19 benefits, because, as Godin knew, she was employed full time and earning wages from about May 20, 2020, through about March 20, 2021, and from about July 3, 2021, through about September 4, 2021. Nevertheless, she knowingly, willfully, and fraudulently stated otherwise in her submissions to MDOL.

Based on the foregoing, Cori Godin obtained money belonging to the United States, knowingly and willfully converted that money to her own use, and did so with the intent to deprive the United Sates of the use or benefit of that money.

ANDREW B. BENSON
UNITED STATES ATTORNEY

/s/ Sean M. Green

Sean M. Green
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME 04101
(207) 780-3257
Sean.Green2@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on November 14, 2025, I filed this document through the Court's ECF portal, thereby causing service to be made on all counsel of record.

/s/ Sean M. Green
Sean M. Green
Assistant United States Attorney